ACCEPTED
12-14-00295-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/27/2015 11:50:17 AM
CATHY LUSK
CLERK

## IN THE COURT OF APPEALS

## THE TWELFTH DISTRICT OF TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/27/2015 11:50:17 AM
CATHY S. LUSK
Clerk

## TYLER, TEXAS

| | |
|---|---|
| **SHADONDRA JENKINS** | **CASE NO. 12-14-00295** |
| **V.** | **TRIAL COURT NO** |
| **THE STATE OF TEXAS** | **CR 2013-0615** |

APPEALED FROM THE 159TH DISTRICT COURT
OF ANGELINA COUNTY, TEXAS
THE HONORABLE PAUL WHITE, JUDGE PRESIDING

## MOTION TO WITHDRAW

TO THE HONORABLE COURT OF APPEALS;

COMES NOW, John D. Reeves, court appointed attorney on appeal for Shadondra Jenkins Appellant, and pursuant to Anders v. California, 386 U.S. 738 (1967). Johnson v. State, 885 S.W. 2d 641 (Tex. App.-Waco 1994, and Stafford v. State 813 S.W. 2d 503 (Tex. Crim. App. 1999), files this Motion to Withdraw, and for good cause shows this Honorable Court the following:

### I . FACTS

1. Appellant Shadondra Jenkins was indicted with a two count indictment for two offenses of Injury to a Child on October 31, 2013.

2. Appellant Shadondra Jenkins waived arraignment for the each offense of Injury to a Child on November 13, 2013 and entered a plea of not guilty.

3. Appellant, Shadondra Jenkins, signed a waiver of jury trial on April 14th, 2014 which was approved by the trial court.

4. Appellant, Shadondra Jenkins, entered a plea of guilty to the indictment of Injury to a Child, (two counts) on May 20th, 2014 and she received one hundred and fourteen months in the ID-TDCJ on October 3, 2014.

5. On October 14th, 2014an Order appointing John D. Reeves as appellate counsel was entered by the trial court.

6. On October 9th, 2014 trial counsel filed a Notice of Appeal.

7. The order for designation of records was signed by the trial court on October 24th, 2014 for the Clerk's Record and the Reporter's Record.

8. On February 24th, 2015 counsel for Appeal counsel filed an Anders brief on behalf of Appellant with this Honorable Court, and forwarded a copy of the brief to appellant explaining her rights regarding pro se brief and Discretionary Review.

## II. ARGUMENT

9. In accordance with the requirements of Anders v. California, 386 U.S. 738 (1967), and Johnson v. State, 885 S.W. 2d 641 (Tex. App.-Waco 1994) counsel for requests this Honorable Court to allow him to withdraw.

10.  Appellant's address is:

Shadondra Jenkins
Marlin Unit
TDC # 01962913
2893 State Hwy 6
Marlin, Texas 76661

11.  Counsel for Appellant has forwarded a copy of the Anders brief to Appellant to Appellant.

12.  Good cause exists to relieve counsel, John D. Reeves, counsel for Appellant from his representation of appellant Shadondra Jenkins. Specifically, counsel for Appellant can find no arguable grounds to support an appeal and finds after a thorough review of the record that any issue brought forth would be without merit and frivolous.

## III.  PRAYER

WHEREFORE, PREMISES CONSIDERED, counsel for Appellant prays that this Honorable Court grant his Motion to Withdraw without harm to the rights guaranteed Shadondra Jenkins by the United States Constitution and the Constitution of the State of Texas.

Respectfully Submitted,
*/s/John D. Reeves*
John D. Reeves
SBN # 16723000
1007 Grant Avenue
Lufkin, Texas 75901
Ph: (936) 632-1609
Fax: (936) 632-1640
Email: tessabellus@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the foregoing instrument was mailed by e-filing on this the

27th day of February 2015 to the following counsel and parties of record.

| | |
|---|---|
| Mr. April Ayers-Perez | */s/John D. Reeves* |
| Angelina Asst. District Attorney | _____ |
| P.O. Box 908 | John D. Reeves |
| Lufkin, Texas 75901 | |

Shadondra Jenkins
TDC # 01962913
2893 State Hwy 6
Marlin, Texas 76661